UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Georgia M. Williams, et al.,<br>Plaintiff,<br>v.<br>R.J. Reynolds Tobacco Company, et al.,<br>Defendants. | Case No. 1:26-cv-08705-KES-FJS<br>ORDER REQUIRING PLAINTIFF LOUISE ELLEN ELLIOT TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(ECF No. 2)<br>TWENTY-ONE DAY DEADLINE |

On October 22, 2026, Plaintiff Louise Ellen Elliot, proceeding pro se, filed this action asserting claims against R. J. Reynolds Tobacco Company, British American Tobacco/Reynolds American Inc., and Mondelez Global, LLC. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). But Plaintiff's application lacks sufficient detail for the court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff did not fill out sections four through eight of the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) – AO 240. Moreover, Plaintiff did not sign the application. (*See* ECF No. 2 at 2 (showing only Plaintiff's printed name, dated September 19, 2026, but bearing no formal signature).)

Having considered the application, the court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.

Accordingly, the court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather to write “zero” or “N/A” as appropriate in any fields that she intends to leave blank. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff Louise Ellen Elliot;

2 Within twenty-one (21) days of the date of this order, Plaintiff Louise Ellen Elliot shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff Louise Ellen Elliot fails to comply with this order, then her action will be dismissed.

IT IS SO ORDERED.

Dated: **October 26, 2026**

UNITED STATES MAGISTRATE JUDGE