UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Georgia M. Williams, et al.,

Plaintiff,

v.

R.J. Reynolds Tobacco Company, et al.,

Defendants.

Case No. 1:26-cv-08705-KES-FJS

ORDER REQUIRING PLAINTIFF GEORGIA MAXINE WILLIAMS TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS

(ECF No. 5)

TWENTY-ONE DAY DEADLINE

On October 22, 2026, Plaintiff Georgia Maxine Williams ("Plaintiff"), proceeding pro se, filed this action asserting claims against R. J. Reynolds Tobacco Company, British American Tobacco/Reynolds American Inc., and Mondelez Global, LLC. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Yet Plaintiff's application lacks sufficient detail for the court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Although Plaintiff has properly filled out those sections of the application that apply in her circumstances and has written "N/A" for non-applicable sections, Plaintiff did not sign the application. (*See* ECF No. 5 at 2 (showing only Plaintiff's undated printed name and bearing no formal signature).)

Having considered the application, the court finds it necessary to have Plaintiff file a long form application in this matter before determining if Plaintiff is entitled to proceed *in forma*

*pauperis* in this action.

Accordingly, the court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather to write “zero” or “N/A” as appropriate in any fields that she intends to leave blank. Plaintiff is further instructed to ensure that the application is signed. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff Georgia Maxine Williams;

2 Within twenty-one (21) days of the date of this order, Plaintiff Georgia Maxine Williams shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff Georgia Maxine Williams fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: **October 26, 2026**

UNITED STATES MAGISTRATE JUDGE